UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,       :

                        :

     -against-           :

                        :

DONOVAN REYNOLDS,         :

                        :

              Defendant.   :

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2025

12-CR-862 (VEC)
15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that the parties appear before the Court on **Friday, December 19, 2025, at 11:00 a.m.**, in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  December 11, 2025**
     **New York, NY**

_____
     **VALERIE CAPRONI**
     **United States District Judge**