UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/18/2025__

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,                  :
                                           :
              -against-                    :          12-CR-862 (VEC)
                                           :          15-CR-537 (VEC)
DONOVAN REYNOLDS,                          :
                                           :             ORDER
                              Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED THAT the conference scheduled for Friday, December 19, 2025, at 11:00 a.m. is adjourned to **Monday, December 22, 2025, at 9:30 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: December 18, 2025**
      **New York, NY**

_____
      **VALERIE CAPRONI**
**United States District Judge**