UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                    :
                                             :
           -against-                         :          12-CR-862 (VEC)
                                             :          15-CR-537 (VEC)
DONOVAN REYNOLDS,                            :
                                             :               ORDER
                      Defendant.             :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 22, 2025, the parties appeared before the Court and

Mr. Reynolds denied the specifications in Probation's December 11, 2025, Violation Report.

IT IS HEREBY ORDERED that the parties appear before the Court on **Friday,**

**February 6, 2026, at 3:00 p.m.**, in Courtroom 20C of the Daniel Patrick Moynihan Courthouse,

500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Mr. Zabel must submit a letter to the Court **no later**

**than Tuesday, December 23, 2025**, regarding any potential conflicts for Ms. Sanderson.


**SO ORDERED.**

_____
**Date:  December 22, 2025**                          **VALERIE CAPRONI**
      **New York, NY**                         **United States District Judge**