UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2026
```

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,                   :

                                     :

     -against-                              :          12-CR-862 (VEC)

                                       :          15-CR-537 (VEC)

DONOVAN REYNOLDS,                           :

                                       :          <u>ORDER</u>

                      Defendant.        :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED THAT the conference scheduled for Friday, May 29, 2026, at 10:00 a.m. is adjourned to **Thursday, June 11, 2026, at 10:15 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  May 18, 2026**
      **New York, NY**

                                                   **VALERIE CAPRONI**
                                    **United States District Judge**